# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Pamela J. Mitchell ,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                3:10-cv-544

Michael J. Astrue ,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 24, 2011 Order.

                                          Signed: October 24, 2011

                                          Frank G. Johns, Clerk
                                          United States District Court