# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Pamela J. Mitchell ,

              Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:10-cv-544

Michael J. Astrue ,

              Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 24, 2011 Order.

Signed: October 24, 2011

*Frank G. John*

Frank G. Johns, Clerk
United States District Court